FILED

2013 NOV 26 AM 11:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF
v.
DANIEL LOPEZ
DEFENDANT(S).

CASE NUMBER: M 13-03049

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 11/26/13 @ 930 ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked: 18 USC 2250
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1987
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes   Name: _____   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☐ If yes, please list Officer's Name: DUTY OFFICER   Time: _____ AM / PM
14. Remarks (if any): _____

15. Date: 11/26/13
16. Name: L. BOYD (Please Print)
17. Agency: USMS
18. Signature: _____
19. Office Phone Number: 951-276-6120

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION