ANDRÉ BIROTTE JR.
United States Attorney
ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office
AMI SHETH (Cal. State Bar No. 268415)
Assistant United States Attorney
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: 951-276-6228
    Facsimile: 951-276-6202
    E-Mail: ami.sheth@usdoj.gov

COPY

FILED
CLERK, U.S. DISTRICT COURT

NOV 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. M 13 03049 |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| DANIEL LOPEZ, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    \_\_\_\_ 1.  <u>Temporary 10-day Detention Requested (§ 3142(d))</u>
        <u>on the following grounds:</u>

1

```
              ___    a.  offense committed while defendant was on
                         release pending (felony trial), (sentencing)
                         (appeal) or on (probation) (parole);
              ___    b.  alien not lawfully admitted for permanent
                         residence;
              ___    c.  flight risk;
              ___    d.  danger to community.
       X      2.   Pretrial Detention Requested (§ 3142(e)) because
                   no condition or combination of conditions will
                   reasonably assure against:
              X    a.  danger to any other person or the community;
              X    b.  flight.
       ___    3.   Detention Requested Pending Supervised
                   Release/Probation Revocation Hearing (Rules
                   32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
              ___  a.  Defendant cannot establish by clear and
                       convincing evidence that he/she will not pose
                       a danger to any other person or to the
                       community;
              ___  b.  Defendant cannot establish by clear and
                       convincing evidence that he/she will not
                       flee.
       ___    4.   Presumptions Applicable to Pretrial Detention
                   (18 U.S.C. § 3142(e)):
              ___  a.  Title 21 or Maritime Drug Law Enforcement Act
                       ("MDLEA") (46 U.S.C. App. 1901 et seq.)
                       offense with 10-year or greater maximum
```

penalty (presumption of danger to community and flight risk);

____ b. offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk);

____ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed

|   |   |   |
|---|---|---|
| | | within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community). |
| X | 5. | **Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:** |
| ____ | a. | a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more; |
| ____ | b. | an offense for which maximum sentence is life imprisonment or death; |
| ____ | c. | Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
| ____ | d. | instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| X | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |

4

```
  1              X   f.  serious risk defendant will flee;
  2              ___ g.  serious risk defendant will (obstruct or
  3                      attempt to obstruct justice) or (threaten,
  4                      injure, or intimidate prospective witness or
  5                      juror, or attempt to do so).
  6         ___ 6.  Government requests continuance of ____ days
  7                 for detention hearing under § 3142(f) and based
  8                 upon the following reason(s):
  9                 _____
 10                 _____
 11                 _____
 12         ___ 7.  Good cause for continuance in excess of three
 13                 days exists in that:
 14                 _____
 15                 _____
 16                 _____
 17
    DATED: November 22, 2013          Respectfully submitted,
 18
 19
                                      ANDRÉ BIROTTE JR.
 20                                   United States Attorney

 21
                                      ANTOINE F. RAPHAEL
 22                                   Assistant United States Attorney
                                      Chief, Riverside Branch Office
 23
                                      /s/ Juthia J. Ynen for
 24                                   _____
                                      AMI SHETH
 25                                   Assistant United States Attorney
                                      Attorneys for Plaintiff
 26                                   UNITED STATES OF AMERICA
 27
 28
```